TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00275-CV

Donald E. Z'Boray, II, Appellant

v.

Helen Hearn Z'Boray, Appellee

FROM THE COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY,

NO. 97-1079-FC1, HONORABLE KEVIN HENDERSON, JUDGE PRESIDING 

PER CURIAM

 Because Donald E. Z'Boray, II has neither paid for nor made arrangements to pay
for the clerk's record, we will dismiss this appeal for want of prosecution. See Tex. R. App. P.
35.3(a)(2).

 The Clerk of this Court filed appellant's Notice of Appeal on May 1, 2000. By
letter dated June 22, 2000, the Clerk of this Court notified the county clerk's office of Williamson
County that the clerk's record was overdue. Notice was received from the county clerk's office
on June 28, 2000 that the clerk's record had not been paid for, nor had arrangements for payment
been made.

 By letter dated July 11, 2000, appellant was requested to submit a status report
regarding this matter by July 26, 2000 and that failure to respond to this request would result in
this appeal being dismissed for want of prosecution. Thus far, appellant has failed to respond to
this request.

 Accordingly, we dismiss the appeal for want of prosecution on our own motion. 
See id. 42.3(b).

Before Justices Jones, Yeakel and Patterson

Dismissed for Want of Prosecution

Filed: August 31, 2000

Do Not Publish